BRIAN M. FOGARTY (Cal. Bar No. 218792)
brian.fogarty@dlapiper.com
DLA PIPER RUDNICK GRAY CARY LLP
401 B Street, Suite 2000
San Diego, California 92101-4240
Telephone: (619) 699-2620
Facsimile: (619) 699-2701

THOMAS A. BURG (Cal. Bar No. 211937)
thomas.burg@dlapiper.com
DLA PIPER RUDNICK GRAY CARY LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
Telephone: (650) 833-2016
Facsimile: (650) 833-2001

Attorneys for Plaintiff and Counter-Defendant
LORILLARD TOBACCO COMPANY

MICHAEL J. BLUMENFELD (Cal. Bar No. 065239)
A PROFESSIONAL CORPORATION
One Kaiser Plaza
The Ordway Building, Suite 1675
Oakland, CA 94612
Telephone: (510) 465-0555
Facsimile: (510) 465-8093

Attorneys for Defendants and Counter-Claimants
GLADSTONE MARKET et. al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION            *E-FILED - 3/8/06*

| | |
|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLADSTONE MARKET, a business entity; SADIQ MOHAMED and AHMED ALBARAK, individualS; and DOES 1 – 10 inclusive,<br><br>Defendants,<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C-05-3122 RMW<br><br>[PROPOSED] ORDER RE: CASE MANAGEMENT CONTINUANCE |

DLA PIPER
RUDNICK GRAY
CARY LLP

EM\7200498.1

[PROPOSED] ORDER RE: CASE MANAGEMENT, CASE NO. C-05-3122 RMW

-1-

335142-100

1    The parties to the above-entitled action jointly submit this [PROPOSED] Order re: Case Management pursuant to the Court's instructions at the January 13, 2006, Case Management Conference.

At the January 13, 2006, Case Management Conference, the Court set a further Case Management Conference for March 10, 2006. However, the parties plan to participate in a settlement conference with Magistrate Lloyd on March 29, 2006. Accordingly, the parties respectfully request that the Court continue the further Case Management Conference to a date after the March 29, 2006 settlement conference.

IT IS HERBY STIPULATED THAT:

1. The further Case Management Conference shall be continued to __April 7, 2006__ at 10:30 a.m.;

2. Defendants' First Counterclaim (Count One -- Breach of Contract) is dismissed with prejudice.

3. Defendants' prayer for punitive damages is withdrawn with prejudice.

Dated: March 1, 2006        DLA PIPER RUDNICK GRAY CARY LLP

By: _____
    THOMAS A. BURG
    Attorneys for Plaintiff
    LORILLARD TOBACCO COMPANY


Dated: March 1, 2006        MICHAEL J. BLUMENFELD A PROFESSIONAL CORPORATION

By: _Cheryl Martinsen_____
    CHERYL MARTINSEN
    Attorneys for Defendants
    GLADSTONE MARKET et. al.

1  IT IS SO ORDERED:

2

3  DATED: 3/8/06

4                                          /s/ Ronald M. Whyte
                                           Honorable Ronald M. Whyte
5                                          U.S. District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER
RUDNICK GRAY
CARY LLP

EM\7200498.1

[~~PROPOSED~~] ORDER RE: CASE
MANAGEMENT, CASE NO. C-05-3122 RMW

-3-

335142-100