1  BRIAN M. FOGARTY (Bar No. 218792)
   **DLA PIPER RUDNICK GRAY CARY US LLP**
2  brian.fogarty@dlapiper.com
   401 B Street, Suite 2000
3  San Diego, CA  92101-4240
   Tel: 619-699-2774
4  Fax: 650-833-2001

5  THOMAS A. BURG (Bar No. 211937)
   **DLA PIPER RUDNICK GRAY CARY US LLP**
6  thomas.burg@dlapiper.com
   2000 University Avenue,
7  East Palo Alto, CA  94303-2248
   Tel: 650-833-2016
8  Fax: 650-833-2001

9  Attorneys for Plaintiff
   LORILLARD TOBACCO COMPANY
10
   MICHAEL J. BLUMENFELD (Cal. Bar No. 065239)
11 A PROFESSIONAL CORPORATION
   One Kaiser Plaza
12 The Ordway Building, Suite 1675
   Oakland, CA 94612
13 Telephone:  (510) 465-0555
   Facsimile: (510) 465-8093
14
   Attorneys for Defendants and Counter-Claimants
15 GLADSTONE MARKET et. al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION            *E-FILED - 4/19/06*

| | |
|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation, <br><br>Plaintiff, <br><br>v. <br><br>GLADSTONE MARKET, a business entity; SADIQ MOHAMAD and AHMED ALBARAK, individuals; and DOES 1-10 inclusive, <br><br>Defendants. | CASE NO.  C 05-3122 RMW (MEJ) <br><br>**STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE** |

1. Plaintiff Lorillard Tobacco Company ("Lorillard") and Defendants Gladstone Market et al, hereby agree as follows:

WHEREAS, counsel for defendants experienced an unexpected medical emergency which resulted in the parties' agreement to continue the settlement conference in the above-referenced action from March 29, 2006 to April 20, 2006;

WHEREAS, a Case Management Conference is presently scheduled for April 7, 2006;

WHEREAS, all parties respectfully request that the Court continue the Case Management Conference to a date following the April 20, 2006 settlement conference.

IT IS THEREFORE STIPULATED THAT:

1. The April 7, 2006 Case Management Conference is herby continued to __April 28, 2006__ at 10:30 a.m.

SO STIPULATED:

Dated: April 5, 2006

DLA PIPER RUDNICK GRAY CARY US LLP

By: _____
THOMAS A. BURG
Attorneys for Plaintiff
LORILLARD TOBACCO COMPANY

Dated: April 5, 2006

MICHAEL J. BLUMENFELD A PROFESSIONAL CORPORATION

By: _____
CHERYL MARTINSEN
Attorneys for Defendants
GLADSTONE MARKET et. al.

-2-
STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE; CASE NO. C-05-3122 RMW

EM\7202576.1
335142-100

1  IT IS SO ORDERED.

2

3  Dated: __4/19/06_____

4                                                          __/s/ Ronald M. Whyte_____
                                                           Hon. Ronald M. Whyte
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7202576.1
335142-100

-3-
STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT
CONFERENCE; CASE NO. C-05-3122 RMW