BRIAN M. FOGARTY (Bar No. 218792)
**DLA PIPER RUDNICK GRAY CARY US LLP**
brian.fogarty@dlapiper.com
401 B Street, Suite 2000
San Diego, CA 92101-4240
Tel: 619-699-2774
Fax: 650-833-2001

THOMAS A. BURG (Bar No. 211937)
**DLA PIPER RUDNICK GRAY CARY US LLP**
thomas.burg@dlapiper.com
2000 University Avenue,
East Palo Alto, CA 94303-2248
Tel: 650-833-2016
Fax: 650-833-2001

Attorneys for Plaintiff
LORILLARD TOBACCO COMPANY

MICHAEL J. BLUMENFELD (Cal. Bar No. 065239)
A PROFESSIONAL CORPORATION
One Kaiser Plaza
The Ordway Building, Suite 1675
Oakland, CA 94612
Telephone: (510) 465-0555
Facsimile: (510) 465-8093

Attorneys for Defendants and Counter-Claimants
GLADSTONE MARKET et. al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/11/06*

| | |
|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLADSTONE MARKET, a business entity; SADIQ MOHAMAD and AHMED ALBARAK, individuals; and DOES 1-10 inclusive,<br><br>Defendants. | CASE NO. C 05-3122 RMW (MEJ)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF PERMANENT INJUNCTION; STIPULATION OF DISMISSAL** |

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7203144.1
335142-100

-1-
STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF PERMANENT
INJUNCTION; STIPULATION FOR DISMISSAL; NO. C-05-3122 RMW

Plaintiff Lorillard Tobacco Company ("Lorillard"), on the one hand, and Defendants Gladstone Market, Sadiq Mohamad and Ahmed Albarak (collectively "Defendants"), on the other hand, by and through their counsel hereby stipulate and agree pursuant to Rule 65 of the Federal Rules of Civil Procedure as follows:

With regard to Lorillard's registered trademarks LORILLARD®, NEWPORT®, NEWPORT® (stylized), Spinnaker Design®, and NEWPORT and Design®, registered on the Principal Register in the United States Patent and Trademark Office (collectively, the "Lorillard Marks"), copies of the certificates of registration of which are attached hereto as Exhibit A, it is hereby stipulated and agreed that commencing immediately from the date of entry of the Stipulation and Order for Permanent Injunction, Defendants and any of their owners, officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are hereby permanently enjoined and restrained from directly or indirectly:

(1) using any reproduction, counterfeit, copy, or colorable imitation of the Lorillard Marks in connection with the importation, sale, offering for sale, or distribution of cigarettes in the United States;

(2) using the Lorillard Marks or any reproduction, counterfeit, copy, or colorable imitation of the same in any manner likely to cause others to believe that Defendants' products are connected with Lorillard or are genuine Lorillard products, if they are not;

(3) passing off, inducing, or enabling others to sell or pass off any merchandise which is not genuine Lorillard merchandise as and for genuine Lorillard merchandise;

(4) making any false or misleading statements regarding Lorillard or its respective goods, or the relationship between Lorillard, on the one hand, and Defendants, on the other hand;

(5) committing any other acts calculated to cause purchasers to believe that Defendants' products are Lorillard's products, if they are not;

(6) importing, shipping, delivering, distributing, holding for sale, returning, transferring, or otherwise moving or disposing of in any manner such cigarettes falsely bearing one or more of the Lorillard Marks or any reproduction, counterfeit, copy, or colorable imitation

1  of the same;

2  (7) other than pursuant to agreement of Lorillard, moving, destroying, or otherwise
3  disposing of any goods, boxes, labels, packaging or other items or documents bearing any
4  reproduction, counterfeit, or imitation of the Lorillard Marks, or removing, destroying, or
5  otherwise disposing of any business records or documents relating in any way to the manufacture,
6  importation, acquisition, purchase, distribution, or sale of goods or merchandise bearing any
7  reproduction, counterfeit, or imitation of the Lorillard Marks; and

8  (8) assisting, aiding, or abetting any other person or business entity in engaging in or
9  performing any of the activities referred to in the above paragraphs (1) through (7).

10  **IT IS FURTHER AGREED** that Defendants acknowledge receipt of this Stipulation and
11  Order for Permanent Injunction and waive further service thereof.

12  **IT IS FURTHER AGREED AND ORDERED** that this action is hereby dismissed with
13  prejudice, each party to bear its own fees and costs, provided, however, that the United States
14  District Court for the Northern District of California shall maintain jurisdiction over the parties to
15  enforce this Permanent Injunction and to enforce the terms of the settlement agreement between
16  the parties.

17  Dated: April 27, 2006

       DLA PIPER RUDNICK GRAY CARY US LLP

       By: _____
       THOMAS A. BURG
       Attorneys for Plaintiff
       LORILLARD TOBACCO COMPANY

23  Dated: April 25, 2006

       MICHAEL J. BLUMENFELD A PROFESSIONAL CORPORATION

       By: _____
       CHERYL MARTINSEN
       Attorneys for Defendants
       GLADSTONE MARKET et. al.

28  ////

EM\7203144.1
335142-100

-3-
STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF PERMANENT INJUNCTION; STIPULATION FOR DISMISSAL; NO. C-05-3122 RMW

1    IT IS SO ORDERED.

2

3    Dated: __5/11/06_____

4                                                    /S/ RONALD M. WHYTE_____
                                                     Hon. Ronald M. Whyte
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7203144.1
335142-100

-4-
STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF PERMANENT
INJUNCTION; STIPULATION FOR DISMISSAL; NO. C-05-3122 RMW